UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
JAHIRA DYER,                                                  :
                                                              :
                                    Plaintiff,                :    ORDER WITHDRAWING
                                                              :    CASE FROM SECTION 1983
             -against-                                        :    PLAN
                                                              :
THE CITY OF NEW YORK, et al.,                                 :    23 Civ. 3664 (AKH)
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- x
```

       IT IS HEREBY ORDERED that although this case is, or may be, designated for inclusion in the S.D.N.Y. Local Rule 83.10 Plan (formerly "the Section 1983 plan"), the case shall not so participate.  All case tracking deadlines associated with inclusion in the Section 1983 plan are canceled.  I will preside over this case in normal fashion, under the Federal Rules of Civil Procedure, Local Rules of Court, and my Individual Rules of Practice.

       SO ORDERED.

Dated:     December 4, 2023
           New York, New York                    /s/ Alvin K. Hellerstein_____
                                                 ALVIN K. HELLERSTEIN
                                                 United States District Judge