A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 7-22-2?

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF

**LAW DEPA**
100 CHURCH
NEW YORK, NY 10007

gaccari@law.nyc.gov

July 22, 2024

**BY ECF:**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Jahira Dyer, et al. v. City of New York, et al.
>        23 Civ. 3664 (AKH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel for the City of New York, and attorney for defendants City of New York and Detective Alexander Santiago in the above-referenced matter.

The parties write jointly to respectfully advise the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that the Court adjourn all outstanding deadlines and conferences *sine die,* including the September 13, 2024 post-discovery status conference, to afford the parties the opportunity to finalize the settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement.

The parties thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:   **By ECF:**
Victor Brown, Esq.
*Attorney for Plaintiff*